UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

YUN YI CHANG,

      Petitioner,

    v.                                                          CAUSE NO. 3:25cv1060 DRL-SJF

WARDEN,

      Respondent.

## <u>ORDER</u>

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted in part to the extent that the Warden was ordered to release Yun Yi Chang on the same conditions of supervised release that existed before his re-detention. ECF 14. The Warden reports that the petitioner has since been released. ECF 16. The court, therefore, DIRECTS the clerk to enter judgment and to close this case.

SO ORDERED.

April 14, 2026                                    *s/ Damon R. Leichty*
                                    Judge, United States District Court